In the Matter of the INCORPORATED VILLAGE OF HEMPSTEAD, NASSAU COUNTY, Respondent, Relative to Acquiring Title to Real Property Situated in Said Village for Use as Parking Places. OLAF BARD et al., Appellants.

Argued October 3, 1951; decided October 18, 1951.

*Arthur G. Silverman, Milton Pinkus* and *Edwin J. Loewy* for appellants.

*C. H. Tunnicliffe Jones, Special Village Attorney (George P. Krug* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.